**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-CR-103-REW

**STEVEN W. HELTON**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 844(h)(2)**

On or about July 30, 2026, in Knox County, in the Eastern District of Kentucky,

**STEVEN W. HELTON**

knowingly and unlawfully carried an explosive, namely, a container filled with black powder, during the commission of a felony which may be prosecuted in a court of the United States, namely, possession of methamphetamine in violation of 21 U.S.C. § 844 following a final conviction for a drug, narcotic, or chemical offense under Kentucky law, all in violation of 18 U.S.C. § 844(h)(2).

**COUNT 2**
**26 U.S.C. § 5861(d)**

On or about July 30, 2026, in Knox County, in the Eastern District of Kentucky,

**STEVEN W. HELTON**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive

device as defined by 26 U.S.C. § 5845(f), more specifically described as a container filled with black powder, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**

10 years of imprisonment, to be served consecutive to any term of imprisonment imposed for any other offense, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 2:**

Not more than 10 years of imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.